**STATE of Missouri, Respondent,**

v.

**Michael R. BABCOCK, Appellant.**

**No. 62619.**

Missouri Court of Appeals,
Eastern District,
Division One.

June 22, 1993.

Rehearing Denied July 14, 1993.

Michael R. Babcock, pro se.

William O. Green, Asst. Pros. Atty., St. Louis County, Clayton, for respondent.

Before AHRENS, P.J., and REINHARD and CRIST, JJ.

ORDER

PER CURIAM.

Defendant appeals his conviction for speeding. We find no error of law and affirm Defendant's conviction.

We further find no jurisprudential purpose would be served by a written opinion in this case and affirm by summary order. Rule 30.25(b). We have provided a memorandum for use by the parties only.